John V. WEBSTER v. THE TRUSTEES OF MARK HOPKINS COLLEGE, et al., No. 116-76

October 7, 1976. The motion of the appellee to dismiss the appeal under V.R.A.P. 31(c) is granted.